**Order filed December 31, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00928-CV
_____

**ALICE M. JONES, Appellant**

**V.**

**ANTONIO MURILLO INDIVIDUALLY AND D/B/A TIGER CONSTRUCTION AND THE NATIONAL ASSOCIATION OF MINORITY CONTRACTORS OF TEXAS, Appellees**

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2006-767136**

## ORDER

According to information provided to this court, this appeal is from a judgment signed July 22, 2013. Appellant filed a motion to modify or correct the judgment on August 18, 2013, and a notice of appeal on October 18, 2013.

On December 6, 2013, appellant filed an affidavit of indigence in this court. Pursuant to the requirements of Texas Rule of Appellate Procedure 20.1(d)(2), on

December 6, 2013, this court sent a copy of the affidavit to the trial court clerk and the official court reporter, notifying them that any contest to the affidavit of indigence was due within 10 days of the date of the notice.

No contest was filed. If a contest is not timely filed, the affidavit's allegations will be deemed true, and the party will be allowed to proceed without advance payments of costs. *See* Tex. R. App. P. 20.1(f). Therefore, appellant will be allowed to proceed without the advance payment of costs.

Accordingly, we **ORDER** the Harris County District Clerk to prepare, certify, and file the clerk's record, without the advance payment of costs, within **30 days** of the date of this order. We also **ORDER** the official court reporter, Kimberly Kidd, to prepare, certify, and file the reporter's record, without the advance payment of costs, within **30 days** of the date of this order.

PER CURIAM